UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                                 Case No. 1:13-pt-10
                                               HON. JANET T. NEFF

SEAN DANA SCOTT,

           Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on June 21, 2016 for an initial appearance on the petition for warrant for offender under supervision.  Elizabeth LaCosse, Federal Public Defender appeared on behalf of defendant and Maarten Vermaat appeared on behalf of the United States.

Defendant waived preliminary hearing and requested some time to prepare for final hearing

The defendant will remain in the custody of the U.S. Marshal Service pending resolution of this matter.

IT IS SO ORDERED.

                                                                /s/ Timothy P. Greeley
                                                                TIMOTHY P. GREELEY
                                                                UNITED STATES MAGISTRATE JUDGE

Dated: 6/23/2016