UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.      Case No. 2:16-pt-3

    HON. PAUL L. MALONEY

SEAN DANA SCOTT,

    Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on June 29, 2017, for an initial appearance on a Petition for Warrant for Offender Under Supervision (ECF #27). The government moved for defendant's detention. Defense counsel requested hearing on the issue. Due to the schedule of defense counsel, the detention hearing was scheduled for June 30, 2017.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    UNITED STATES MAGISTRATE JUDGE

Dated: June 29, 2017