UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,    Case No. 2:16-pt-3

v.    HON. PAUL L. MALONEY

Sean Dana Scott,

    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

On June 7, 2017, a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging 4 violations of the defendant's conditions of supervised release.

An initial appearance was conducted on June 21, 2017. On June 22, 2017 a waiver of preliminary hearing was filed by defendant.

On October 2, 2017, the parties appeared before the undersigned for a revocation hearing and defendant waived his right to appear before a district judge, his right to allocution before a district judge, and his right to sentencing before a district judge. At this time, the defendant admitted to violation #2 as set forth in the petition and the government moved to withdraw violations #1, 3, and 4. For the reasons stated on the record, it is recommended that the Court find the defendant did violate the condition of supervised release as set forth in violation #2 of the petition, that violations #1,

3, and 4 of the petition be withdrawn, and that the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release be entered.

Date: October 2, 2017  /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. See W.D. MICH. L.CR.R. 11.1(d).