UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                     Case No. 2:16-pt-03

v.                                   HONORABLE PAUL L. MALONEY

SEAN DANA SCOTT,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action (ECF No. 39). The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

2. Defendant's admission of guilt is accepted and defendant is adjudicated guilty of violation 2 of the petition. Upon motion by the government, violations 1, 3, and 4 are dismissed. A judgment shall issue.

Dated: October 19, 2017                     /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge